(110 So. 172)

Grady HEMBREE v. STATE.   (6 Div. 807.)

(Supreme Court of Alabama.   Nov. 11, 1926.)

Certiorari to Court of Appeals.

J. T. Johnson, of Oneonta, for petitioner.
Harwell G. Davis, Atty. Gen., for the State.

THOMAS, J.   Petition of Grady Hembree for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Hembree v. State, 21 Ala. App. 577, 110 So. 171.

Writ denied.

SOMERVILLE, MILLER, and BOULDIN, JJ., concur.